

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
(212) 336-0121

May 26, 2020

<u>Via ECF</u>

Hon. Allyne R. Ross
Hon. Steven Tiscione
United States District Court
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

Re: SEC v. Auerbach et al.
<u>No. 19 Civ. 5631</u>

Dear Judge Ross and Judge Tiscione:

We represent the Plaintiff, Securities and Exchange Commission ("Commission"), in this action. We write to respectfully request that the Court relieve the parties of the obligations imposed by its May 14, 2020 Scheduling Order -- to issue a Discovery Plan Worksheet by June 26, 2020 and to attend an initial conference on June 30, 2020 -- in light of the partial judgments already issued with respect to Defendants Auerbach and Brown and the enclosed proposed partial judgment with respect to Defendant Mitchell.

On February 13, 2020 and February 18, 2020, Judge Ross issued partial judgments on consent with respect to Defendant Auerbach and Defendant Brown. Pursuant to the judgments, both defendants consented to the imposition of injunctions against future violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 thereunder, and Defendant Brown also consented to the entry of a penny stock bar pursuant to Section 21(d)(6) of the Exchange Act. The judgments left monetary remedies for later resolution upon further consent or by the Commission's motion.

Enclosed for the Court's consideration is a similar proposed partial Judgment on consent against Defendant Jared Mitchell. Pursuant to the proposed Judgment, Mr. Mitchell consents to the imposition of an injunction against future violations of Section 10(b) of the Exchange Act, and Rule 10b-5 thereunder. The proposed Judgment leaves the entry of a penny stock bar and monetary remedies for later resolution upon further consent or by the Commission's motion. If the proposed Judgment is acceptable to the Court, we respectfully request that the Court enter it and docket it with its Consent.

Hon. Allyne R. Ross
Hon. Steven Tiscione
May 26, 2020
Page 2

      In light of the foregoing, none of the parties intend to engage in any discovery. We respectfully request that the Court relieve the parties of the obligation to submit a Discovery Plan Worksheet and cancel the initial conference. Defendants Auerbach, Brown and Mitchell join in this request.

      Respectfully submitted,

*Tejal Shah*

Tejal D. Shah

cc:    Roland Riopelle, Esq.
       Sercarz & Riopelle LLP
       810 7th Avenue
       New York, NY 10010

       Nathaniel Marmur, Esq.
       500 Fifth Avenue
       New York, NY 10110

       James Toner, Esq.
       114 Old Country Road
       Mineola, NY 11501